IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Schumann, David B | Case Number: 04 B 27424 |
| Schumann, Patricia G | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 7/26/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 14, 2007
Confirmed: September 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,334.20 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,008.48 |
| Priority: | | 456.68 |
| Administrative: | | 2,514.40 |
| Trustee Fee: | | 326.03 |
| Other Funds: | | 28.61 |
| Totals: | 6,334.20 | 6,334.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,514.40 | 2,514.40 |
| 2. | Internal Revenue Service | Priority | 456.68 | 456.68 |
| 3. | AT&T Wireless | Unsecured | 64.19 | 177.25 |
| 4. | Internal Revenue Service | Unsecured | 140.15 | 410.38 |
| 5. | CFC Financial Corp | Unsecured | 39.26 | 108.40 |
| 6. | Educational Credit Management Corp | Unsecured | 529.35 | 1,549.52 |
| 7. | Peoples Energy Corp | Unsecured | 14.47 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 260.55 | 762.93 |
| 9. | RJM Acquisitions LLC | Unsecured | 3.36 | 0.00 |
| 10. | First Resolution Investment Corp | Unsecured | 416.05 | 0.00 |
| 11. | Illinois Dept of Education | Priority | | No Claim Filed |
| 12. | Charter One Bank | Unsecured | | No Claim Filed |
| 13. | 1st Revenue Assurance | Unsecured | | No Claim Filed |
| 14. | Affiliated Radiologist | Unsecured | | No Claim Filed |
| 15. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 16. | City Financial Corp | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Current Inc | Unsecured | | No Claim Filed |
| 19. | MacNeal Healthcare | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Midland Credit Management | Unsecured | | No Claim Filed |
| 22. | Louis A Weiss Memorial Hosp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,438.46 | $ 5,979.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Schumann, David B | Case Number: 04 B 27424 |
|---|---|---|
| | Schumann, Patricia G | Judge: Squires, John H |
| | Printed: 1/29/08 | Filed: 7/26/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 83.63 |
| 4% | 12.25 |
| 3% | 9.09 |
| 5.5% | 51.34 |
| 5% | 15.47 |
| 4.8% | 134.07 |
| 5.4% | 20.18 |
| | _____ |
| | $ 326.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

